UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelly Bertlow Tantau,<br><br>           Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 1:19-cv-01793-JDP<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 6-day extension of time, from 06/25/2020 to 07/01/2020, for Plaintiff to serve on defendant with PLAINTIFF'S CONFIDENTIAL LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff's Counsel acknowledges that this request is being filed late; however, Plaintiff indeed had the letter brief ready to be served on defendant on the due date of 6/25/2020, however, due to errors in his outlook software, the letter brief remained in the "drafts" folder. By separate cover, Plaintiff has served her letter brief on defendant. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: July 1, 2020 | PENA & BROMBERG, ATTORNEYS AT LAW |
|   |   |
|   | By: */s/ Jonathan Omar Pena*<br>    JONATHAN OMAR PENA<br>    Attorneys for Plaintiff |
|   |   |
| Dated: July 2, 2020 | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
|   |   |
|   | By:  *\*/s/* MARGARET LEHRKIND_____<br>    Margaret Lehrkind<br>    Special Assistant United States Attorney<br>    Attorneys for Defendant<br>    (*As authorized by email on July 2, 2020) |

2

**ORDER**

Plaintiff's extension of time is granted as stipulated.

IT IS SO ORDERED.

Dated: <u>  July 2, 2020  </u>         _____
                                    UNITED STATES MAGISTRATE JUDGE

No. 204.